The STATE OF MONTANA, by and through the CROW TRIBE OF INDIANS, Relator, v. The DISTRICT COURT OF the THIRTEENTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF BIG HORN, and the HONORABLE CHARLES LUEDKE, Judge OF the THIRTEENTH JUDICIAL DISTRICT, Judge Presiding, Respondents.

No. 12867.
Decided Sept. 26, 1974.
526 P.2d 358.

ORDER

PER CURIAM:

The Petition for Writ of Supervisory Control or other Appropriate Writ is hereby denied.